In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-23-00254-CV
_____

### RAILWORKS CORPORATION, Appellant

### V.

### MARTIN OPERATING PARTNERSHIP, LP, Appellee

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D206776**

### MEMORANDUM OPINION

RailWorks Corporation and Martin Operating Partnership, LP, the parties to this appeal, filed a joint motion to dismiss. *See* Tex. R. App. P. 42.1(a)(2). The motion was filed before the Court decided the appeal.

We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 25, 2023
Opinion Delivered October 26, 2023
Before Horton, Johnson and Wright, JJ.

1